Deceased. J. & J. SLATER, Appellant; CECELIA L. SLATER and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM L. ERLANGER, Respondent, v. MARC KLAW, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH COHEN, Appellant, v. NATIONAL HABERDASHERIES CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATIONAL UNION FIRE INSURANCE COMPANY, Appellant, v. CUBAN COMMERCIAL AND INDUSTRIAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MERCHANTS FIRE ASSURANCE CORPORATION, Appellant, v. CUBAN COMMERCIAL AND INDUSTRIAL COMPANY, Respondent.— Order reversed, without costs, motion to open default granted, and judgment vacated, upon condition, however, that plaintiff stipulates that judgment may be forthwith entered by the defendant in the action involved on this appeal following the judgments entered in the five other similar actions brought against the defendant, pursuant to and in order to carry into effect with respect to this action the stipulation covering the seven actions entered into between the parties, dated June 30, 1920. Failing to stipulate as above conditioned, the order appealed from will be affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PITTSBURGH PLATE GLASS COMPANY, Respondent, v. TEXTILE BUILDING, INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements; bill to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Greenbaum, J., dissenting.

BEATRICE PROVOST NUGENT, Respondent, v. WILLIAM E. SMITH and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JULES STERN and Another, Respondents, v. HILLEL SILVERA and Others, Appellants.— Order modified as indicated in order and as so modified affirmed, without costs. The bill to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY M. HOGAN, Appellant, v. NITROGON ELECTRIC LAMP COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

INTERSTATE DRUG COMPANY, Respondent, v. SAMUEL D. CLAPP, Appellant